UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------------X
BYRON BREEZE, JR.,
      Plaintiff,

          CASE NO.: 1:22-cv-00917-CRC

   v.

SL DC LLC
d/b/a San Lorenzo
and SHAW MANOR, LLC,

      Defendants.
---------------------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BYRON BREEZE, JR. ("Plaintiff") and Defendants SL DC LLC d/b/a San Lorenzo, and SHAW MANOR, LLC (collectively, "Defendants"), through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: Garden City, New York
       July 28 2022

| | |
|---|---|
| BASHIAN & PAPANTONIOU, P.C. | JACKSON LEWIS P.C. |
| By: *Erik Bashian* | By: *Matthew F. Nieman* |
| Erik M. Bashian, Esq. | Matthew F. Nieman, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant SL DC LLC* |
| 500 Old Country Road, Suite 302 | 10701 Parkridge Boulevard, Suite 300 |
| Garden City, NY 11530 | Reston, VA 20191 |
| Email: eb@bashpaplaw.com | Email: Matthew.Nieman@jacksonlewis.com |
| (516) 279-1554 | (703) 483-8300 |

KALBIAN HAGERTY LLP

By: *D. Michelle Douglas (with permission)*
_____
D. Michelle Douglas, Esq.
*Attorneys for Defendant Shaw Manor*
888 17th Street, N.W., Suite 1200
Washington, D.C. 20006
Email: mdouglas@kalbianhagerty.com
(202) 223-5600

4868-4243-9463, v. 1

94056v4                                    93468v2