UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-----------------------------------------------------------X

BYRON BREEZE, JR.,
      Plaintiff,

      v.

SL DC LLC
d/b/a San Lorenzo
and SHAW MANOR, LLC,

      Defendants.

-----------------------------------------------------------X

CASE NO.: 1:22-cv-00917-CRC

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BYRON BREEZE, JR. ("Plaintiff") and Defendants SL DC LLC d/b/a San Lorenzo, and SHAW MANOR, LLC (collectively, "Defendants"), through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: Garden City, New York
      July 28 2022

Filed: August 11, 2022

BASHIAN & PAPANTONIOU, P.C.

By: *Erik Bashian*
_____
Erik M. Bashian, Esq.
*Attorneys for Plaintiff*
500 Old Country Road, Suite 302
Garden City, NY 11530
Email: eb@bashpaplaw.com
(516) 279-1554

JACKSON LEWIS P.C.

By:
    *Matthew F. Nieman*
_____
Matthew F. Nieman, Esq.
*Attorneys for Defendant SL DC LLC*
10701 Parkridge Boulevard, Suite 300
Reston, VA 20191
Email:
Matthew.Nieman@jacksonlewis.com
(703) 483-8300

94056v4              93468v2

KALBIAN HAGERTY LLP

By: _D. Michelle Douglas (with permission)_
D. Michelle Douglas, Esq.
*Attorneys for Defendant Shaw Manor*
888 17th Street, N.W., Suite 1200
Washington, D.C. 20006
Email: mdouglas@kalbianhagerty.com
(202) 223-5600

4868-4243-9463, v. 1